KEITH J. MITRO (Bar No. 287108)
kmitro@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Telephone (650) 453-5170
Facsimile (650) 453-5171

Attorney for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> Plaintiff, <br> v. <br><br> GOOGLE INC., <br><br> Defendant. | CASE NO. CV 13-4304-PJH <br><br> **NOTICE OF APPEARANCE OF KEITH J. MITRO** |

Notice is hereby given that the undersigned attorney, Keith J. Mitro, of Kasowitz, Benson, Torres & Friedman LLP is entering an appearance as counsel in this matter on behalf of Defendant Google Inc.

The undersigned has the following contact information:

Keith J. Mitro
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Telephone (650) 453-5170
Facsimile (650) 453-5171
Email: kmitro@kasowitz.com

| | | |
|---|---|---|
| 1 | Dated:  November 15, 2013 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| 3 | | By: */s/   Keith J. Mitro*_____ |
| 4 | | Keith J. Mitro (Bar No. 287108)<br>kmitro@kasowitz.com |
| 6 | | Attorney for Defendant<br>GOOGLE INC. |

NOTICE OF APPEARANCE OF KEITH J. MITRO     2     CASE NO. CV 13-4304-PJH