SPENCER HOSIE (SBN 101777)
shosie@hosielaw.com
DIANE S. RICE (SBN 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (SBN 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
Telephone (415) 247-6000
Facsimile (415) 247-6001

Attorneys for Plaintiff
MASTEROBJECTS, INC.

JEFFREY J. TONEY (*pro hac vice*)
jtoney@kasowitz.com
JONATHAN K. WALDROP (*pro hac vice*)
jwaldrop@kasowitz.com
DARCY L. JONES (*pro hac vice*)
djones@kasowitz.com
Kasowitz, Benson, Torres & Friedman LLP
1349 West Peachtree Street, N.W., Suite 1500
Atlanta, GA 30309
Telephone (404) 260-6080
Facsimile (404) 260-6081

KEITH J. MITRO (Bar No. 287108)
kmitro@kasowitz.com
Kasowitz, Benson, Torres & Friedman LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Telephone (650) 453-5170
Facsimile (650) 453-5171

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>GOOGLE INC.,<br><br>        Defendant. | CASE NO. CV 13-04304 (PJH)<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT GOOGLE INC. TO RESPOND TO FIRST AMENDED COMPLAINT** |

1  Plaintiff MasterObjects, Inc. ("MasterObjects") and defendant Google Inc. ("Google"),
2  hereby stipulate through their respective counsel of record as follows:

3  WHEREAS, this action ("Complaint") was filed on September 17, 2013;

4  WHEREAS, the summons and Complaint were delivered to Defendant Google on
5  September 19, 2013;

6  WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1), Google's response to the Original
7  Complaint was due on November 18, 2013;

8  WHEREAS, MasterObjects has filed a First Amended Complaint today, November 18,
9  2013;

10  WHEREAS, the parties understand Google's response to the First Amended Complaint
11  would be due within 14 days of service of the First Amended Complaint under Fed. R. Civ. P.
12  15;

13  WHEREAS, Rule 6-1(a) of the Civil Local Rules of the Northern District of California
14  provides that the parties may stipulate to extend the time within which to answer or otherwise
15  respond to the Complaint without a Court Order; and

16  WHEREAS, the parties have agreed to extend the date to answer or otherwise respond to
17  the First Amended Complaint;

18  NOW, THEREFORE, the undersigned parties, through their respective counsel, stipulate
19  as follows:

20  The time for Google to answer or otherwise respond to the First Amended Complaint
21  shall be extended to and including 21 days after the filing of the First Amended Complaint.

| | | |
|---|---|---|
| 1 | Dated:  November 18, 2013 | HOSIE RICE LLP |
| 2 | | |
| 3 | | By: */s/ Darrell R. Atkinson*_____ |
| 4 | | Darrell R. Atkinson<br>datkinson@hosielaw.com |
| 5 | | Attorney for Plaintiff |
| 6 | | MASTEROBJECTS, INC. |
| 7 | Dated:  November 18, 2013 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| 8 | | |
| 9 | | |
| 10 | | By: */s/  Keith J. Mitro*_____ |
| 11 | | Keith J. Mitro<br>kmitro@kasowitz.com |
| 12 | | Attorney for Defendant<br>GOOGLE INC. |

I hereby attest pursuant to L.R. 5.1(i)(3) that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: November 18, 2013         */s/ Keith J. Mitro*
                                  Keith J. Mitro